IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. AUGUST, | No. CIV S-06-1721-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN DOVEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's August 30, 2006, request (Doc. 7) to withdraw the consent to proceed before a U.S. Magistrate Judge, filed on August 23, 2006. Good cause appearing therefor, the request is granted. Plaintiff's consent is hereby withdrawn. Plaintiff's complaint will be addressed separately.

IT IS SO ORDERED.

DATED: September 18, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1