IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. AUGUST,           No. CIV S-06-1721-LKK-CMK-P

    Plaintiff,

  vs.                          <u>ORDER</u>

JOHN DOVEY, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On October 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1 | proper analysis.

2 |         Accordingly, IT IS HEREBY ORDERED that:

3 |         1.     The findings and recommendations filed October 3, 2006, are adopted in
4 | full;

5 |         2.     All claims in plaintiff complaint are dismissed, <u>except</u> the due process
6 | claim as outlined in the October 3, 2006, findings and recommendations; and

7 |         3.     This matter is referred back to the Magistrate Judge for issuance of such
8 | orders as are appropriate to effect service of the complaint on defendants.

9 | DATED: January 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT