IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. AUGUST, | No. CIV S-06-1721-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JOHN DOVEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. <u>See</u> 28 U.S.C. § 1915A(a).

Plaintiff names the following as defendants: Dovey, Tilton, Veal, Martinez, Mirich, Cry, Moreno, and Carroll. Plaintiff seeks monetary damages and injunctive relief. Plaintiff claims that he was falsely accused of placing a weapon in another inmate's cell. He states that he was at his prison job at the time. Plaintiff states that, after being placed in administrative segregation for the weapon incident, he filed an inmate grievance. However, according to plaintiff, the grievance was improperly dismissed. Plaintiff submitted another

grievance, which was rejected at all levels of review.  Plaintiff asserts numerous due process violations with respect to the prison disciplinary process.[1]  Specifically, plaintiff states:

> The actions of Defendants DOVEY, TILTON, VEAL, MARTINEZ, MIRICH, CARROLL, CRY, MORENO gives legitimacy to denial of court access First Amendment and DUE PROCESS of appeals rights and hearing procedures, thereby denying Fourteenth Amendment of United States Constitution.

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

   DOVEY,

   TILTON,

   VEAL,

   MARTINEZ,

   MIRICH,

   CARROLL,

   CRY, and

   MORENO;

///

---

[1] No other claims remain.  Pursuant to the court's January 8, 2007, order, all other claims, including any First Amendment claim based on denial of access to the court's have been dismissed.

      2.      The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above (total of eight forms), one summons, an instruction sheet, and a copy of the complaint (Doc. 1); and

      3.      Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a.      The completed Notice of Submission of Documents;

      b.      One completed summons;

      c.      Eight completed USM-285 form(s); and

      d.      Nine copies of the endorsed complaint.

DATED: January 9, 2007.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5        **IN THE UNITED STATES DISTRICT COURT**
         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6  MICHAEL W. AUGUST,                    No. CIV S-06-1721-LKK-CMK-P
             Plaintiff,
7       vs.
   JOHN DOVEY, et al.,
8            Defendants.
9                             /
              NOTICE OF SUBMISSION OF DOCUMENTS
10
         Plaintiff hereby submits the following documents in compliance with the court's
11  order:
            __1__      completed summons form;
12          _____      completed USM-285 form(s); and
                       copies of the complaint.
13          _____
   DATED: _____        _____
14                                              Plaintiff

15
16
17
18
19
20
21
22
23
24
25
26

4