IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. AUGUST, | No. CIV S-06-1721-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN DOVEY, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 26) to file an opposition to defendants' motion to dismiss. Good cause appearing therefor, the request is granted. Plaintiff may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: June 26, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1